# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3980

_____

Billy Eugene Brown,                           *
                                              *
                    Appellant,                *
                                              *    Appeal from the United States
        v.                                    *    District Court for the
                                              *    Eastern District of Arkansas.
Linda Sanders, Warden, Federal                *
Correctional Institution, Forrest City,       *    [UNPUBLISHED]
Arkansas,                                     *
                                              *
                    Appellee.                 *

_____

Submitted: March 27, 2007
Filed: April 6, 2007

_____

Before COLLOTON, HANSEN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Billy Eugene Brown appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition, in which he alleged that his constitutional rights were violated by a disciplinary action that resulted in his loss of good conduct time. The district court held that the disciplinary finding was supported by "some evidence" and,

_____

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

upon careful review of the record and the parties' submissions on appeal, we agree. Accordingly, we affirm.  8th Cir. R. 47B.

_____